# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-2089
_____

Phillip Jay Sterling, Jr.

*Plaintiff - Appellant*

v.

Sheriff Travis Hill, Pike County Arkansas

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs
_____

Submitted: December 2, 2022
Filed: December 7, 2022
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Phillip Sterling appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Morris v. Cradduck, 954 F.3d 1055, 1058 (8th Cir. 2020) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.